

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00879-CR

Matthew Douglas **HAYES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10842W
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Notice of Appeal is hereby
GRANTED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 29th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court